**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 02-1421

---

KEVIN W. DOUGLAS,

Plaintiff - Appellant,

versus

ARAMARK EDUCATIONAL SERVICE, INCORPORATED;
ARAMARK CORPORATION; ARAMARK SERVICES
MANAGEMENT OF VIRGINIA, INCORPORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, District Judge. (CA-01-63-3)

---

Submitted: June 20, 2002          Decided: June 26, 2002

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kevin W. Douglas, Appellant Pro Se. Patricia Kyle Epps, Edwin Francis Farren, IV, HUNTON & WILLIAMS, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin W. Douglas appeals the district court's order dismissing his employment discrimination complaint as time-barred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Douglas v. Aramark Educ. Serv., Inc.</u> No. CA-01-63-3 (W.D. Va. Mar. 6, 2002). We further deny Douglas' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>